LEGAL MAIL
Provided to Florida State Prison on
2/18/25 for mailing by [initials]
J.R.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Javonte Ramsey ,

Inmate ID Number: J56659 ,

(*Write your full name and inmate ID number.*)

v.

Capt. Hughes, Ofc. Ellis, Ofc. Gonzalez ,

Ofc. Hamm ,

_____ ,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)
_____ /

Case No.: 3:25cv202-MW-ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☐ YES   ☐ NO

FILED USDC FLND PN
FEB 26 '25 PM 12:49

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Javonte Ramsey    ID Number: J56059

List all other names by which you have been known: N/A

Current Institution: Santa Rosa C.I.

Address: 5850 East Milton Rd.

Milton, Fl. 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Hughes

Official Position: Capt.

Employed at: Santa Rosa C.I.

Mailing Address: 5850 East Milton Rd.

Milton, Fl. 32583

☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

2. Defendant's Name: Gonzalez

   Official Position: Ofc.

   Employed at: Santa Rosa

   Mailing Address: 5850 East Milton Rd.

   Milton, Fl. 32583

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: Ellis

   Official Position: Ofc.

   Employed at: Santa Rosa C.I.

   Mailing Address: 5850 East Milton Rd.

   Milton, Fl. 32583

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

3

Continuance: 3(A) Parties to Complaint B.

Defendant Name: Hamm

Official Position: Ofc

Employed at: Santa Rosa C.I

Mailing Address 5850 East Milton Rd
Milton, FL 32583

☑ Sued in Individual Capacity

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee         ☐ Civilly Committed Detainee

☒ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee      ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

#1 On April 26 2024 while housed at Santa Rosa C.I. Defendant Hughes was conducting rounds in B-dorm. When Defendant Hughes approached Cell B2117 which housed the Plaintiff, Defendant Hughes noticed that the Plaintiff had a towel covering the cell window due to Plaintiff was defecating. Defendant ordered for the Plaintiff to remove the towel Plaintiff responded that he was defecating. Defendant Hughes ordered the Plaintiff again to remove the towel. The Plaintiff reached up and snatched the towel off the cell door while saying, "Damn man I'm shitting." Defendant Hughes got upset due to the Plaintiff aggressive reaction and replied to the Plaintiff "Now Im bout to gas your lil black ass" Plaintiff responded "I can't get gassed" and placed the towel back on the door to finish defecating. Defendant Hughes walked away saying, "I got something for your ass." Minutes later Mrs. Powers a mental health counsel appeared to cell B2117 to speak with the Plaintiff, whom then cleared for the Plaintiff to have physical force utilized on the Plaintiff. #2 Defendant Hughes returned with the cell extraction team, marched up to cell B2117 that housed the plaintiff. Plaintiff moved towel from the cell door. The Plaintiff knew that he's only 130 lbs and didn't want no cell extraction team to run in on him. Plaintiff told Defendant Hughes, he's willing to comply with orders given and he's willing to cuff up. Defendant Hughes ignored Plaintiff's plea and forced the cell extraction team on the Plaintiff. At that time Plaintiff knew they wanted to harm him so he tried to stay in view of the camera as Ofc. Gonzalez tried to move Plaintiff out of the camera's view. Ofc. Ellis grabbed the plaintiff's right leg and all the resisting ceased as they lowered Plaintiff to the floor without injury. Case #3 Once Plaintiff was on the floor, defenseless Ofc. Gonzalez kneed Plaintiff in the face several times which caused the Plaintiff to now block. Ofc. Ellis kicked Plaintiff in the back of his head and decided to stand his 250 lbs or more on the Plaintiff's head as Plaintiff layed face down which caused Plaintiff's tooth to break off inside of his lip while simultaneously being kicked in the side of his face by Ofc. Hamm and punched and kneed by Ofc. Gonzalez. #4 While the assault was taking place Defendant Hughes was yelling, ordering plaintiff to stop resisting over and over, drowning out the Plaintiff's pleas for help and knowing that the resisting had been stopped and the Plaintiff was being beaten by the extraction team. Defendant Hughes failed to

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

5

**Statement of Facts Continued** (*Page____of_____*)

act and Protect by not stopping the assault by Defendant Hamm, Ellis and Gonzalez.

#5 Injuries, the Plaintiff received a chipped front tooth, damage to his ear where he now have to have a hearing aid. The Plaintiff constantly receives bad headaches and have low back pains.

#6 Defendant Hamm and Ellis was kicking the Plaintiff and stomping the Plaintiff in his lower back.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Defendants Ellis and Hamm violated the 8th amendment of the U.S. Constitution, by using excessive force on the Plaintiff Kicking, and punching while Yelling "Stop Resisting" causing injuries more than de minimis to the Plaintiff's face, mouth and ears. Defendant Gonzalez violated 8th amendment of U.S. Constitution by Kneeing the Plaintiff in the face after Plaintiff been had stopped resisting. Defendant Hughes violated the 8th amendment of the U.S. Constitution by ordering a unlawful excessive use of force on the Plaintiff and failure to protect or act to stop the assault by Defendants Ellis, Hamm and Gonzalez.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Grant Plaintiff a Declaration that the acts and omission described herein violates his rights under the Constitution and laws of the United States and Permanent injunction ordering Defendants in their official Capacity, to remove themselves from cell extraction, and injunction ordering the video camera to be clear to see the whole incident scene without camera being blocked from seeing the inmates during cell extractions and a injunction to fix plaintiff's front tooth and right ear. Compensatory Damages amount $150,000 against each Defendant Jointly and Severally. Punitive Damage amount $150,000 against each Defendant. Nominal Damages $5,000 Cost of lawsuit, Atty Fee any other justice action from Court.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: _____N/A_____ Case #: _____N/A_____

    Court: _____N/A_____

    Reason: _____

2. Date: _____ Case #: _____

    Court: _____

    Reason: _____

3. Date: _____ Case #: _____

    Court: _____

    Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: ___N/A___ Parties: ___N/A___

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #: ___N/A___ Parties: ___N/A___

   Court: ___N/A___ Judge: ___N/A___

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _3:24-CV-01041-MMH-PDB_ Parties: _Javonte Ramsey V. Secretary Dixon_

   Court: _Middle Dist. Fla._ Judge: _Mrs. Patricia D. Barksdale_

   Date Filed: _10/2024_ Dismissal Date (*if not pending*): _Pending_

   Reason: _From appeal 3.850 from 4th Jud. Duval County Fl._

2. Case #: _____ Parties: _N/A_

   Court: _____ Judge: _N/A_

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _N/A_

4. Case #: _____ Parties: _N/A_

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: ~~_____~~

   Court:_____ Judge: ~~_____~~

   Date Filed:_____ Dismissal Date (*if not pending*): ~~_____~~

   Reason: ~~_____~~

   **(Attach additional pages as necessary to list all cases.)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date:_____ Plaintiff's Signature: *Javonti Ramsey*

Printed Name of Plaintiff: Javonti Ramsey

Correctional Institution: Florida State Prison

Address: P.O. Box 800

Raiford, Fl. 32083

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _____ day of _____, 20___.

Signature of Incarcerated Plaintiff: _____

Javonte Ramsey #J50059
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083


ailed From A State
rrectional Institution


US POSTAGE
ZIP 32083
02 4W
0000385900 FEB. 19. 2025

Clerk, U.S. District Court
One North Palafox Street
Pensacola, Florida. 32502

FEB 2 6 2025

LEGAL MAIL

3250235658 C003

