United States District court for
Northern District of Florida
Pensacola Division

Javonté Ramsey
              Plaintiff,          Case No: 3:25-CV-202/MW/ZCB

Legal Mail
Provided to Florida State Prison on
8/13/25 for mailing by J.R.

V.

Carl. Hugones et al
              Defendants.


### Motion For Extension Of time

Comes now, Plaintiff (Javonté Ramsey) Pro-sé motions for an
Extension of time due to reason(s) listed: (1) The plaintiff is currently
housed on close Management in which limits his access to the
law library to do adequate research. Due to the reason(s) listed
Plaintiff Respectfully requests that he be granted atleast 2 weeks
Extension of time in order for him to resend appropriately.

                              C. Javonté Ramsey
                              Florida State Prison
                              P.O. Box 800
                              Raiford, FL 32083


### Certificate of Service

   I hereby certify that a true and correct copy of the foregoing "Motion for an
Extension of time" has been furnished by regular U.S. mail to: United States
Clerks office 1 North Palafox st. Pensacola FL. 32502 and to Brian Fallen
office of the Attorney General Civil litigation Division PL-01, The Capitol
Tallahassee FL 32399 by placing in the hands of an institutional Official
for mailing on this 13th day of August 2025.

FILED USDC FLND PN
AUG 18 '25 PM 2:04

Javonte Ramsey #J56659
Florida State Prison
P.O. BOX 800
Raiford Fl. 32083

Mailed From A State
Correctional Institution



US POSTAGE
ZIP 32083
02 4W
0000385900 AUG 14 2025
$0

LEGAL MAIL



AUG 1 8 2025

United States Clerks Office
1 North Palafox St.
Pensacola Fl. 32502

32502?5665 C003

Legal Mail
Provided to Florida State Prison on
8/13/25 for mailing by _____ J. R.