UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE' RAMSEY

v.                              Case No. 3:25cv202/MW/ZCB

CAPTAIN HUGHES, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   August 19, 2025
Type of motion/pleading:   Motion for Extension of Time
Filed by:   Plaintiff        on 8/18/25        Doc. 29

                        JESSICA LYUBLANOVITS,
                        CLERK OF COURT
                        */s/ Sylvia D. Williams*
                        Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 19th day of August 2025, that:

The motion (Doc. 29) is **GRANTED** because Plaintiff has shown good cause for extending the deadline to respond to Defendants' motion to dismiss. Plaintiff's response deadline is extended to **September 26, 2025**.

                        */s/ Zachary C. Bolitho*
                        Zachary C. Bolitho
                        United States Magistrate Judge