**\*\*Amended Complaint\*\***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Javonte Ramsey                                    ,

Inmate ID Number: J56659                    ,

*(Write your full name and inmate ID number.)*

**v.**

Capt. Hughes et. al.                        ,

(Defendants) Ofc. Gonzalez          ,

Ofc. Ellis, Ofc. Hamm                  ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 3:25cv 202 - MW-ZCB
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ **YES**   ☐ **NO**

FILED USDC FLND PN   JFJ
SEP 22 '25 AM10:52

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Javonte Ramsey                    ID Number: J50659

List all other names by which you have been known: N/A

Current Institution: Florida State Prison

Address: P.O. Box 800

Raiford, FL. 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Hughes

Official Position: Capt.

Employed at: Santa Rosa C.I.

Mailing Address: 5850 East Milton Rd.

Milton, FL. 32583

☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

2. Defendant's Name: Gonzalez

   Official Position: OFC.

   Employed at: Santa Rosa C.I.

   Mailing Address: 5850 East Milton Ro.

   Milton, FL. 32583

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

3. Defendant's Name: Ellis

   Official Position: OFC.

   Employed at: Santa Rosa C.I.

   Mailing Address: 5850 East Milton Rd.

   Milton, FL. 32583

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

4. Defendant's Name : Hamm

Official Position : OFC.

Employed At : Santa Rosa C.I.

Mailing Address : 5850 East Milton Rd.

Milton, FL. 32583

☑ Sued in individual Capacity          ☐ Sued in official Capacity

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)          ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee                  ☐ Civilly Committed Detainee

☑ Convicted State Prisoner           ☐ Convicted Federal Prisoner

☐ Immigration Detainee               ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled
to relief. Describe how *each* Defendant was involved and what each Defendant
did, or did not do, in support of your claim. Identify when and where the events
took place, and state how each Defendant caused you harm or violated federal
law. Write each statement in short, numbered paragraphs, limited as far as
practicable to a single event or incident. ***Do not make legal arguments, quote
cases, cite statutes, or reference a memorandum.*** You may make copies of
page 6 if necessary to supply all the facts. Barring extraordinary circumstances,
no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach

irrelevant or unnecessary exhibits. Facts not related to this same incident or

issue must be addressed in a separate civil rights complaint.

#1 On April, 26th 2024 while housed at Santa Rosa C.I. Defendant Hughes was conducting rounds in B-dorm, when Defendant Hughes approached cell B2117 which housed the plaintiff. Defendant Hughes noticed that the Plaintiff had a towel covering the cell window due to Plaintiff was defecating. Defendant Hughes ordered for the plaintiff to remove the towel, Plaintiff responded that he was defecating. Defendant Hughes ordered the plaintiff again to remove the towel. The Plaintiff reached up and snatched the towel from the cell door while saying "Damn Man Im shitting" Defendant Hughes became upset due to plaintiff's aggressive reaction and replied back saying, "now Im about to gas your lil ass" Plaintiff responded, "I can't get gassed" and placed the towel back on the door to finish defecating. Defendant Hughes walked away saying, "I got something for your ass" Minutes later Mrs. Powers, a Mental Health counsel appeared to cell B2117 to speak with the plaintiff, whom then cleared for the Plaintiff to have physical force utilized on the plaintiff. #2 Defendant Hughes returned moments later with the cell extraction team. Plaintiff removed the towel from the cell door. The Plaintiff knew he was only 130lbs and he didn't want no cell extraction team to run in on him. Plaintiff told Defendant Hughes that he's willing to comply with all orders given and he's willing to cuff up. Defendant Hughes ignored the Plaintiff's plea and ordered the cell extraction team to run in and use force on the plaintiff and that's when Plaintiff had noticed OFC. Ellis, OFC. Hamm and Gonzales was apart of the cell extraction team. #3 Plaintiff was placed on the floor without injuries and then suddenly OFC. Gonzales started kneeing the Plaintiff in his face and OFC. Hamm and OFC. Ellis began to start assaulting the Plaintiff as well by throwing unnecessary punches and kicks to plaintiff's face, neck, jaw, ear, and ribs. #4 Defendant Ellis kicked the Plaintiff several times in the back of his head which caused the plaintiff's mouth to collide with the floor, breaking the Plaintiff's front tooth. Defendant Ellis stood on the Plaintiff's head with one foot mashing his face to the floor causing his tooth to grind deeper into the plaintiff's lip. #5 while the assault was taking place Defendant Hughes was yelling ordering the Plaintiff to stop resisting over and over while knowing that the Plaintiff had been stopped resisting and was being beaten by the cell extraction team. Defendant Hughes failed to act and protect by not stopping the assault by Defendant's

Ellis, Hamm, and Gonzales. #6 Injuries, the plaintiff received a chipped front tooth,

**Statement of Facts Continued** (*Page____of_____*)

damage to his ear where he currently have an hearing aid to assist with listening.

The plaintiff constantly receives bad headaches and low back pains. #7 DEFENDANT HAMM

and Ellis was stomping and kicking the plaintiff in his sides and lower back.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

Defendants Ellis and Hamm violated the 8th Amendment of the U.S. Constitution by using excessive force on the Plaintiff Kicking and Punching while Yelling out "Inmate Stop resisting" causing the Plaintiff a broken tooth and loss of hearing as well as other injuries. . Defendant Gonzales violated the 8th Amendment of the U.S. Constitution by Kicking and punching the Plaintiff. Defendant Hughes violated the 8th Amendment of the U.S. Constitution by ordering a unlawful excessive force on the Plaintiff and Failure to act or Protect by allowing the assault to carry on by Defendants Hamm, Ellis, and Gonzales.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages)*, include the amount sought and explain the basis

for the claims.

Grant Plaintiff a declaration that the acts and omission described herein violates his right under the Constitution and laws of the United States and Permanent injunction ordering Defendants in their official Caracity to remove themselves from cell extractions and injunction ordering the video camera to be clear to see the full incident scene, without the camera being blocked from seeing the inmates and stop officers from yelling "Stop resisting" to drown out inmates when saying "Im not resisting" and with an injunction to have Plaintiff's tooth fixed and ear. Compensatory Damages amount $150,000 against each Defendant Jointly and severally. Punitive Damage amount $150,000 against each Defendant. Nominal Damages $1,000 cost of law suit, Atty. Fee and other Justice action from the Court.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION: *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while***

A.  To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____  Case #:_____

   Court:_____

2. Date:_____  Case #:_____

   Court:_____

3. Date:_____  Case #:_____

   Court:_____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____N/A_____  Parties: _____N/A_____

Court:_____  Judge:_____

Date Filed:_____  Dismissal Date *(if not pending)*:_____

Reason:_____

2.  Case #:_____  Parties:_____

Court:_____  Judge:_____

Date Filed:_____  Dismissal Date *(if not pending)*:_____

Reason:_____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☑ YES    ☐ NO

If you answered yes, identify all lawsuits:

1.  Case #: SC19 - 2088/1D17 - 3117;  Parties: State of Florida  Ramsey v.

Court: FLORIDA SUPREME COURT   Judge: HON. MARK BORELLO

Date Filed: 1/23/20'  Dismissal Date *(if not pending)*: 4/17/20'

Reason: _____ N/A _____

2.  Case #: SC19 - 2089/1D17 - 3118  Parties: State of Florida  Ramsey v.

Court: Florida Supreme Court   Judge: HON. MARK BORELLO

Date Filed: 1/23/20'  Dismissal Date *(if not pending)*: 4/17/20'

Reason: _____ N/A _____

3.  Case #: 2016-CF-7963/2012-CF-7004  Parties: Ramsey v. State of Florida

Court: _DCA /Lower tribunal_    Judge: _Hon. Mark Borello_

Date Filed: _8/ 1 /2022_ Dismissal Date *(if not pending):* _10/9/23'_

Reason: _N/A...court Affirmed._

4. Case #: _2016 CF 7963/2012CF 7004_ Parties: _Ramsey V. State of Florida_

   Court: _lower tribunal/District_    Judge: _Hon. Mark Borello_

   Date Filed: _11/3/2023_    Dismissal Date *(if not pending):* _4/29/2024_

   Reason: _N/A_

5. Case #: _3:24 cv 1041 MMH PDB_ Parties: _Ramsey V. Secretary (FDOC)_

   Court: _Middle Dist. of Florida Jax_    Judge: _Hon. Patricia D. Barksdale_

   Date Filed: _10 /2024_    Dismissal Date *(if not pending):* _Pending_

   Reason: _~~N/A~~ From Appeal 3.850 from 4th Jud. Duval County Fl._

6. Case #: _____ Parties: _____

   Court: _____    Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending):* _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/4/25   Plaintiff's Signature: _Javonte Ramsey_

Printed Name of Plaintiff: _Javonte Ramsey_

Correctional Institution: _Florida State Prison_

Address: _P.O. Box 800_

_Raiford, Fl. 32083_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___18^th___ day of ___September___,
20___25___.


Signature of Incarcerated Plaintiff: _____

Javonte Ramsey #J56659
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

Mailed From A State
Correctional Institution

LEGAL MAIL

United States Clerk's Office
1 North Palafox Street
Pensacola, Fl. 32502

SEP 2 2 2024

**Enclosed: Motion to Amend, and Amended Complaint.

Legal Mail
Provided to Florida State Prison on
9 /18/ 25 for mailing by _____ J.R.