Legal Mail
Provided to Florida State Prison on
10/2/25 for mailing by J.R.

Legal Mail
Provided to Florida State Prison on
9/18/25 for mailing by J.R.

United States District Court of the
Northern District of Florida
Pensacola Division

Jawonte Ramsey
    Plaintiff,               Case No: 3:25-CV-202/MW/ZCB

V.

Captain Hughes et al;
    Defendants.

## Motion to Amend

Comes now, Plaintiff (Jawonte Ramsey) Pro-Se, moves this court for the purpose of amending his complaint to correct errors made in accordance with rule (15) Federal rules of procedures. Plaintiff respectfully requests that his amended complaint be accepted as to reflect that his Prior Litigation History have been corrected.

                                          s/Jawonte Ramsey #J56659
                                          Florida State Prison
                                          P.O. Box 800
                                          Raiford, Fl. 32083

## Certificate of Service

I hereby certify that a true and correct copy of this "Motion to Amend" has been furnished by regular U.S. Mail to: United States Clerk's office and to Brian Fallon Assistant Attorney General PL-01 The Capitol, Tallahassee, Fl. 32399-1050 by placing in hands of a FSP official to be mailed out on this 18th day of September 2025.

FILED USDC FLND PN
OCT 6 '25 AM 11:11 MB

Javonte Ramsey #J56659
Florida State Prison
P.O. Box 800
Raiford, FL 32083

Mailed From A State
Correctional Institution



**LEGAL MAIL**

United States Clerk's Office
1 North Palafox Street
Pensacola, FL. 32502



325023S665 C003

Legal Mail
Provided to Florida State Prison on
10/2/25 for mailing by J.R.