UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE RAMSEY,
a/k/a JOVONTE RAMSEY,
    Plaintiff,

v.                                                         Case No. 3:25cv202/MW/ZCB

CAPTAIN HUGHES, et al.,
    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE
INCARCERATED WITNESSES OUTSIDE THE DISCOVERY PERIOD**

    Christopher Patrick Hughes, Harrett Gonzales, Louis Hamm, and Dallas Ellis ("Defendants"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 6, 16, and 30(a)(2)(B), seek leave to depose incarcerated individuals identified as witnesses through discovery outside the discovery deadline. In support, Defendants state the following:

**RELEVANT PROCEDURAL HISTORY**

1. Plaintiff, Jovonte Ramsey, DC# J56659, is an inmate in the custody of the Florida Department of Corrections ("FDC"), incarcerated at Florida State Prison in Raiford, Florida.[1]

2. On February 18, 2025, Plaintiff filed a 42 U.S.C. §1983 civil rights complaint

---

[1] https://pubapps.fdc.myflorida.com/offenderSearch/detail.aspx?Page=Detail&DCNumber=J56659&TypeSearch=AI

1

("Complaint") by providing it to prison officials for mailing. (Doc. 1).

3. On September 18, 2025, (docketed September 22, 2025) Plaintiff filed his First Amended Complaint ("Amended Complaint") (Doc. 33) and his Response in Opposition to Defendants' motions to dismiss (Doc. 34).

4. On October 14, 2025, Defendants filed their Second Motion to Dismiss. (Doc. 40). Plaintiff filed his response in opposition ("Motion to Respond") on November 19, 2025. (Doc. 45).

5. The Magistrate Judge issued a Report and Recommendation granting in part and denying in part Defendants' (Second) Motion to Dismiss. (Doc. 46).

6. Objections to the Report and Recommendation are due by December 30, 2025. (Doc. 50).

7. Dispositive motions were due, December 15, 2025.[2] (Doc. 36).

8. Defendants now request this Court grant them leave, pursuant to Fed. R. Civ. 30(a)(2)(B), to depose two prisoner witnesses that arose during discovery. The two witnesses are Terrell Powell, DC# N18121 and Jermaine C. Jackson, DC# K81670.

9. Defendants also request that they be granted leave to depose these witnesses outside the discovery period, until January 20, 2026, to complete the depositions.

10. Undersigned conferred with Plaintiff on this Motion over the phone on December

---

2 A motion for extension of time is pending. (Doc. 48).

2

12, 2025. Although a specific date/time frame to depose was not discussed, he indicated he does not oppose the two witnesses being deposed.

11. This Motion is made in good faith and not for purpose of delay and will not prejudice the Plaintiff.

**WHEREFORE**, Defendants request this Court enter an order allowing Defendants until January 20, 2026, to depose two incarcerated witnesses, Terrell Powell, DC# N18121 and Jermaine C. Jackson, DC# K81670, outside the discovery period.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General
Florida Bar No.: 1044316
Office of the Attorney General
Civil Litigation – North Bureau
PL-01, The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Brian.Fallon@myfloridalegal.com
*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion contains 389 words, which does not exceed the 8,000 total word maximum created by N.D. Fla. Loc. R. 7.1(F).

/s/ *Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Defendants' Unopposed Motion for Leave to Depose Incarcerated Witnesses Outside the Discovery Period and Extension of Time to File Dispositive Motions has been electronically filed through the CM/ECF system and will be furnished by U.S. mail on December 18, 2025, to: Jovonte Ramsey, DC# J56659, Florida State Prison, Post Office Box 800, Raiford, Florida, 32083.

/s/ *Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General