UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE RAMSEY

v.                                         Case No. 3:25cv202/MW/ZCB

CAPTAIN HUGHES, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:   December 16, 2025
Type of motion/pleading:   Unopposed Motion for Extension of Time to File Dispositive Motions
Filed by:   Defendants        on 12/15/25        Doc. 48

JESSICA LYUBLANOVITS,
CLERK OF COURT
/s/ Sylvia D. Williams
Deputy Clerk:   Sylvia D. Williams

## ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 19th day of December 2025, that:

The motion (Doc. 48) is **GRANTED** because it is unopposed, and Defendants have shown good cause for extending the dispositive motions deadline.[1]  The new deadline for filing dispositive motions is **February 13, 2026**.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge

---

[1] The pendency of Defendants' motion to dismiss is not a good reason for extending the dispositive motions deadline because that motion is not dispositive of the case.  But Defendants allege other good reasons for extending the deadline.

1