UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE RAMSEY

v.  Case No. 3:25cv202/MW/ZCB

CAPTAIN HUGHES, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:  December 18, 2025
Type of motion/pleading:  Unopposed Motion for Leave to Depose Incarcerated Witnesses Outside the Discovery Period
Filed by:  Defendants   on 12/18/25   Doc. 51

JESSICA LYUBLANOVITS,
CLERK OF COURT
*/s/ Sylvia D. Williams*
Deputy Clerk:   Sylvia D. Williams

### ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 19th day of December 2025, that:

The unopposed motion (Doc. 51) is **GRANTED** under Fed. R. Civ. P. 30(a)(2).

*/s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1