IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE RAMSEY a/ka/
JOVONTE RAMSEY,

    *Plaintiff*,

v.                                 Case No.: 3:25cv202-MW/ZCB

CAPTAIN HUGHES, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 46. The Magistrate Judge recommends granting Defendants' motion to dismiss in part with respect to Plaintiff's requests for declaratory and injunctive relief and denying the balance of the motion premised on Plaintiff's failure to accurately disclose his litigation history. Defendants contend that dismissal is necessary in this case based on Plaintiff's initial failure to fully disclose his litigation history and his subsequent insufficient disclosure in his amended complaint. But this Court has "considerable discretion" when exercising its inherent authority to manage its docket and determining whether to sanction a violation of the local rules. *McNair v. Johnson*, 143 F. 4th 1301, 1308 (11th Cir.

2025). This Court is not persuaded, under the unique facts of this case, that dismissal ought to be imposed as a sanction. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 46, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 40, is **GRANTED in part and DENIED in part**. Plaintiff's requests for declaratory and injunctive relief are **DISMISSED**. The balance of the motion to dismiss is **DENIED**. This case is referred back to the Magistrate Judge for further consideration of Plaintiff's Eighth Amendment claims for monetary damages against Defendants.

**SO ORDERED on January 5, 2026.**

                                        s/Mark E. Walker
                                        **United States District Judge**