Legal Mail
Provided to Florida State Prison on
1/15/26 for mailing by S.J.R.

Dear Your Honor,                                    January 15th, 2026

    Please be advised, Im a Pro-se Litigant, and I was under the assumption that I would be present as the Defendant's Counsel depo' my witnesses. If Im not present for those depositions, it would prejudice me as the Plaintiff because, I wouldn't be able to object to improper comments or questions uttered by the Defendant's Counsel which would put me at a disadvantage. Also, I really don't need eye-witness, I only had them on stand by incase the camera production of the handheld camera didn't depict my claims of Excessive Use of Force and Failure to Protect but, since the handheld camera production actually shows me being Kicked several times when I was down and Captain Hughes failure to intervene/protect, that should be enough to establish my claims. I just figured that it was in my best interest to express this to you.

/s/ JaVonte Ramsey J54659
Florida State Prison
P.O. Box 800
Raiford, FL. 32083

Certificate of Service
    I hereby certify that a true and correct copy of "Letter to Judge" has been furnished by regular U.S. mail to: United States Clerk's Office 1 North Palafox St. Pensacola, FL. 32502 and Brian Fallon Office of the Attorney General Civil Litigation Division PL-01, the Capitol Tallahassee, FL. 32399 by the placing in the hands of FSP's Mailroom Officials on this ___ day of January 2026.

FILED USDC FLND PN   JFJ
JAN 9 '26 PM 1:54

Javonte Ramsey #J56659
Florida State Prison
P.O. Box 800
Raiford, FL. 32083

Mailed From A State
Correctional Institution



LEGAL MAIL

United States Clerk's Office
1 North Palafox St.
Pensacola, FL. 32502

JAN 0 9 2026



Provided to
1/5/26 Florida State Prison on
Legal Mail
mailing by_____ J.R.