UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAVONTE RAMSEY,
    Plaintiff,

vs.                                        Case No. 3:25cv202/MW/ZCB

CAPTAIN HUGHES, et al.,
    Defendants.
_____/

## ORDER

Plaintiff's **Letter to Judge** (Doc. 61) was referred to the Court with the following deficiencies:

(1) Litigants should not correspond with the Court in letter form. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case. This policy is in keeping with their sworn duty to maintain complete impartiality. Judicial decisions and opinions are only issued in response to documents filed with the Clerk of Court in accordance with governing rules of procedure.

(2) A request for action of any kind relating to a case must be made by a motion. *See* Fed. R. Civ. P. 7(b)(1); N.D. Fla. Loc. R. 7.1(A). The title of the motion must include a clear,

concise, and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a). The body of the motion must state with particularity the grounds for the request and must set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b).

(3) The document does not have a proper case style and heading. *See* N.D. Fla. Loc. R. 5.1(B). The first page of a document must begin with the case style. The case style must include the name of the court, the case number, and the name of at least one party on each side of the case (as framed by the first pleading or amended by an order or by substitution of a party under Federal Rule of Civil Procedure 25(d)).

For these reasons, it is **ORDERED** that no action will be taken on Plaintiff's Letter to Judge. (Doc. 61). If Plaintiff wishes to participate in a deposition through written questions, then he may file an appropriate motion.

**DONE AND ORDERED** this 12th day of January 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge