United States District Court
Northern District of Florida
Pensacola Division

Legal Mail
Provided to Florida State Prison on
1/27/26 for mailing by J.R.

Javonte Ramsey
    Plaintiff.   Case No: 3:25-cv-202/MW/ZCB

v.

Captain Hughes et al;
    Defendants  /

### Request to Proceed IFP

Comes now, Javonte Ramsey (Pro-se) requests to Proceed IFP (in Forma Pauperis) status on appeal for the reasons listed below:

- Plaintiff can't afford to pay the entire fee as of right now.
- Plaintiff is financially unstable (see attached exhibits of Plaintiff's account balance from last (6) six months.).
- Plaintiff is entitled to redress, and looks forward to arguing "Abuse of discretion" and a 14th amendment due process violation whereas the district Judge is overlooking or undermining Plaintiff's objections.

/s/ Javonte Ramsey #J56059
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing "Request to Proceed IFP" and attached account balance has been furnished by regular U.S. mail to: United States Clerk's Office 1 North Palafox St. Pensacola, Fl. 32502 by placing in the hands of FSP's mailroom official for mailing on this ____ day of January 2026.

FILED USDC FLND PN
JAN 30 '26 PM 2:46

IBSR140 (74)

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FOR: 07/13/2025 - 01/13/2026

01/13/26
08:50:55
PAGE 1

ACCT NAME: RAMSEY, JOVONTE' T.
BED: B1326S
PO BOX:

ACCT#: J56659
TYPE: INMATE TRUST

BEGINNING BALANCE 07/13/25        $8.00

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 07/14/25 | 119 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.13 | $7.87 |
| 07/15/25 | 035 | CANTEEN SALES | 205202507714 | 000 | | - | $7.82 | $0.05 |
| 07/21/25 | 117 | LIEN PAYMENT | WEEKLY DRAW | 000 | | - | $0.05 | $0.00 |
| 09/11/25 | 756 | MEDICAL CO-PAY | 0910251004RR | 000 | | - | $0.00 | $0.00 |
| | | PROCESSING FEE | - 07/21/2025 | 20250721 | | | | |
| | | LIEN CREATED | - 09/11/2025 | 0910251004RR | | | | |
| 09/15/25 | 773 | TYLER DEPOSIT | 230311970 | 000 | Edmondson, Maxine | + | $25.00 | $25.00 |
| 09/15/25 | 776 | LIEN PAYMENT | 0915257773772 | 000 | | - | $0.03 | $24.97 |
| | | PROCESSING FEE | - 07/21/2025 | 20250721 | | | | |
| 09/15/25 | 776 | LIEN PAYMENT | 0915257773772 | 000 | | - | $5.00 | $19.97 |
| | | MEDICAL CO-PAY | - 09/11/2025 | 0910251004RR | | | | |
| 09/17/25 | 035 | CANTEEN SALES | 2052025916 | 000 | | - | $14.17 | $0.80 |
| 09/18/25 | 594 | MEDICAL CO-PAY | 0827252150RR | 000 | | - | $0.00 | $0.80 |
| | | LIEN CREATED | - 09/18/2025 | 0827252150RR | | | | |
| 09/22/25 | 115 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.14 | $0.66 |
| 09/24/25 | 035 | CANTEEN SALES | 2052025923 | 000 | | - | $0.61 | $0.05 |
| 09/24/25 | 121 | LIEN PAYMENT | 2052025407 | 000 | | - | $0.05 | $0.00 |
| 09/24/25 | 121 | LEGAL COPIES WD | - 09/24/2025 | 2052025407 | | - | $0.00 | $0.00 |
| 09/24/25 | 124 | LIEN CREATED | - 09/24/2025 | 2052025395 | | - | $0.00 | $0.00 |
| 09/24/25 | 124 | LEGAL POSTAGE W | 202509101 | | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 09/24/2025 | 202509101 | | | | |
| | | LEGAL POSTAGE W | 202509102 | | | - | $0.00 | $0.00 |
| 09/29/25 | 117 | LIEN CREATED | - 09/24/2025 | 202509102 | | - | $0.00 | $0.00 |
| | | PROCESSING FEE | WEEKLY DRAW | 20250929 | | | | |
| 10/04/25 | 209 | TYLER DEPOSIT | 233539992 | 000 | Edmondson, Maxine | + | $25.00 | $25.00 |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $0.01 | $24.99 |
| | | PROCESSING FEE | - 09/29/2025 | 20250929 | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $5.00 | $19.99 |
| | | FED PRISON LITI | - 03/13/2025 | 325CV202MWZC | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $4.15 | $14.99 |
| | | MEDICAL CO-PAY | - 09/18/2025 | 0827252150RR | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $1.20 | $10.84 |
| | | LEGAL COPIES LI | - 09/24/2025 | 2052025407 | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $2.17 | $9.64 |
| | | LEGAL COPIES LI | - 09/24/2025 | 2052025395 | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $2.17 | $7.47 |
| | | LEGAL POSTAGE L | - 09/24/2025 | 202509102 | | | | |
| 10/04/25 | 210 | LIEN PAYMENT | 1004252098864 | 000 | | - | $2.44 | $5.03 |
| | | LEGAL POSTAGE L | - 09/24/2025 | 202509101 | | | | |

```
IBSR140 (74)                                 FLORIDA DEPARTMENT OF CORRECTIONS                                01/13/26
                                              TRUST FUND ACCOUNT STATEMENT                                    08:50:55
                                              FOR: 07/13/2025 - 01/13/2026                                    PAGE   2

ACCT NAME: RAMSEY, JOVONTE' T.                           ACCT#: J56659
BED: B1326S                                              TYPE: INMATE TRUST
PO BOX:
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/06/25 | 195 | LEGAL POSTAGE W | 202510020l | 000 | | - | $2.17 | $2.86 |
| 10/08/25 | 035 | CANTEEN SALES | 2052025100l7 | 000 | | - | $2.75 | $0.11 |
| 10/13/25 | 119 | PROCESSING FEE WEEKLY DRAW | 000 | | - | $0.03 | $0.08 |
| 10/16/25 | 124 | LIEN PAYMENT | 205202544l0 | 000 | | - | $0.08 | $0.00 |
| 10/23/25 | 207 | LEGAL COPIES WD - 10/16/2025 | 000 | | | | | |
| 10/23/25 | 207 | MEDICAL CO-PAY - 10/23/2025 | 102225114l3RR | 000 | | - | $0.00 | $0.00 |
| 11/10/25 | 230 | LIEN CREATED - 10/23/2025 | 102225114l3RR | 000 | | | | |
| 11/10/25 | 230 | TYLER DEPOSIT | 24009l5756 | 000 | Edmondson, Maxine | + | $50.00 | $50.00 |
| 11/10/25 | 231 | LIEN PAYMENT | 1110252305l65 | 000 | | - | $10.00 | $40.00 |
| 11/10/25 | 231 | FED PRISON LITI - 03/13/2025 | 325CV202MWZC | 000 | | | | |
| 11/10/25 | 231 | LIEN PAYMENT | 1110252305l65 | 000 | | - | $5.00 | $35.00 |
| 11/10/25 | 231 | MEDICAL CO-PAY - 10/23/2025 | 102225114l3RR | 000 | | | | |
| 11/10/25 | 231 | LIEN PAYMENT | 111025230565 | 000 | | - | $0.37 | $34.63 |
| 11/20/25 | 268 | LEGAL COPIES LI - 10/16/2025 | 205202544l0 | 000 | | | | |
| 11/20/25 | 268 | MEDICAL CO-PAY - 11/20/2025 | 11182514l46RR | 000 | | - | $0.00 | $34.63 |
| 12/03/25 | 035 | LIEN CREATED - 11/20/2025 | 11182514l46RR | 000 | | | | |
| 12/03/25 | 035 | CANTEEN SALES | 20520252l1202 | 000 | | - | $16.13 | $18.50 |
| 12/07/25 | 206 | TYLER DEPOSIT | 2438l93414 | 000 | Edmondson, Maxine | + | $30.00 | $48.50 |
| 12/08/25 | 117 | PROCESSING FEE WEEKLY DRAW | 000 | | - | $0.16 | $48.34 |
| 12/08/25 | 207 | LIEN PAYMENT | 1208252l06028 | 000 | | - | $6.00 | $42.34 |
| 12/08/25 | 207 | FED PRISON LITI - 03/13/2025 | 325CV202MWZC | 000 | | | | |
| 12/08/25 | 207 | LIEN PAYMENT | 1208252l06028 | 000 | | - | $5.00 | $37.34 |
| 12/11/25 | 211 | MEDICAL CO-PAY - 12/11/2025 | 1209251510RR | 000 | Edmondson, Maxine | - | $0.00 | $37.34 |
| 12/16/25 | 035 | LIEN CREATED - 12/11/2025 | 1209251510RR | 000 | | | | |
| 12/16/25 | 035 | CANTEEN SALES | 2052l0251215 | 000 | | - | $4.28 | ($41.62) |
| 12/20/25 | 250 | MEDICAL CO-PAY - 12/20/2025 | 121925l1121RR | 000 | | - | $0.00 | $41.62 |
| 12/23/25 | 035 | LIEN CREATED - 12/20/2025 | 121925l1121RR | 000 | | | | |
| 12/23/25 | 035 | CANTEEN SALES | 20520252l1222 | 000 | | - | $9.71 | $31.91 |
| 12/29/25 | 117 | PROCESSING FEE WEEKLY DRAW | 000 | | - | $0.10 | $31.81 |
| 12/30/25 | 035 | CANTEEN SALES | 205202l51229 | 000 | | - | $4.23 | $27.58 |
| 12/31/25 | 216 | TYLER DEPOSIT | 247441l1218 | 000 | Edmondson, Maxine | + | $20.00 | $47.58 |
| 12/31/25 | 217 | LIEN PAYMENT | 12312l5216531 | 000 | | - | $4.00 | $43.58 |
| 12/31/25 | 217 | FED PRISON LITI - 03/13/2025 | 325CV202MWZC | 000 | | | | |
| 12/31/25 | 217 | LIEN PAYMENT | 12312l5216531 | 000 | | - | $5.00 | $38.58 |
| 12/31/25 | 217 | MEDICAL CO-PAY - 12/11/2025 | 1209251510RR | 000 | | | | |
| 12/31/25 | 217 | LIEN PAYMENT | 12312l5216531 | 000 | | - | $5.00 | $33.58 |
| 01/05/26 | 119 | MEDICAL CO-PAY - 12/20/2025 | 121925l1121RR | 000 | | | | |
| 01/05/26 | 119 | PROCESSING FEE WEEKLY DRAW | 000 | | - | $0.04 | $33.54 |
| 01/06/26 | 035 | CANTEEN SALES | 205202l60105 | 000 | | - | $7.52 | $26.02 |
| 01/08/26 | 210 | TYLER DEPOSIT | 248924l4336 | 000 | Edmondson, Maxine | + | $50.00 | $76.02 |
| 01/08/26 | 213 | LIEN PAYMENT | 010826210l406 | 000 | | - | $10.00 | $66.02 |
| 01/08/26 | 213 | FED PRISON LITI - 03/13/2025 | 325CV202MWZC | 000 | | | | |
| 01/11/26 | 103 | MEDICAL CO-PAY | 0110260l734RR | 000 | | | | |
| 01/11/26 | 103 | LIEN CREATED - 01/11/2026 | 0110260l734RR | 000 | | - | $0.00 | $66.02 |

Javonta Ramsey #J56459
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

LEGAL MAIL

Mailed From A State Correctional Institution

United States Clerk's Office
1 North Palafox St.
Pensacola, Fl. 32502

JAN 30 2026

US POSTAGE
ZIP 32083
02 4W
0000385900 JAN 28 2026

Legal Mail
Provided to Florida State Prison on
1/28/26 for mail