**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAVONTE RAMSEY a/k/a
JOVONTE RAMSEY,**

　　*Plaintiff,*

v.　　　　　　　　　　　　　　　　**Case No.: 3:25cv202-MW/ZCB**

**CAPTAIN HUGHES, et al.,**

　　*Defendants.*

_____/

## ORDER DENYING LEAVE TO APPEAL IN FORMA PAUPERIS

Plaintiff is proceeding *in forma pauperis* in this civil rights action. He filed

two notices of interlocutory appeal, one on January 20, 2026, ECF No. 63, and the

second on January 22, 2026, ECF No. 64.  Plaintiff has now filed a motion to proceed

*in forma pauperis* on appeal. ECF No. 70.

Under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A), this Court

hereby certifies neither of Plaintiff's appeals is taken in good faith and Plaintiff is

not entitled to proceed *in forma pauperis* on appeal. Plaintiff's motion for leave to

proceed *in forma pauperis* on appeal, ECF No. 70, is **DENIED**.

　　**SO ORDERED on February 2, 2026.**

　　　　　　　　　　　　　　**s/Mark E. Walker**
　　　　　　　　　　　　　　**United States District Judge**