In the United States District Court
Northern District of Florida
Pensacola    Division

Legal Mail
Provided to Florida State Prison on
2/6/26 for mailing by _____ J.R.

Javonté Ramsey
        Plaintiff              Case No: 3:25-cv-202/MW/ZCB

V.

Captain Hughes et al;
        Defendants            /

### Motion of Extension of time

Comes now, Javonté Ramsey (Pro-se) motions for a 14 day Extension
to file his transcript order form due to reason listed below:

· Plaintiff have spoken with an Attorney during a recent legal
call and the Attorney said that he would file a notice of Appearance
of counsel but because the Plaintiff is still receiving mail from the
courts, plaintiff is under the assumption that he's still a "Pro-se" litigant
therefore, he's requesting for a 14 day extension to complete and make copies of
his transcript order form.

· Plaintiff haven't received any type of verification that the Attorney
has filed a notice of Appearance of counsel therefore, he rather be safe
than sorry and would need extra time to file his transcript order form.

                          /s/ Javonté Ramsey #J5459
                          Florida State Prison
                          P.O. Box 800
                          Raiford, Fl. 32083

FILED USDC FLND PN
FEB 12 '26 PM 2:08 MB

### Certificate of Service

    I hereby certify that a true and correct copy of the foregoing
"Motion of Extension of time" has been furnished by regular U.S. mail to: United
States Clerk's Office 1 North Palafox St. Pensacola, Fl. 32502, and Brian Fallon
Office of Attorney General Civil Litigation Division PL-01, the Capitol Tallahassee,
Fl. 32399 by placing in the hands of a FSP's mailroom official for mailing on

day of February 2026.

/s/ Monte Ramey
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

-2-

Javonte Ramsey #JS6659
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

Mailed From A State
Correctional Institution



ZIP 32083
02 4W
0000385900 FEB. 09. 2026.

LEGAL MAIL

United States Clerk's Office
1 North Palafox Street
Pensacola, Fl. 32502



FEB 1 2 2026

3250235665 C003

Legal Mail
Provided to Florida State Prison on
2/6/26 for mailing by _____ J.R.