**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JAVONTE' RAMSEY,**

***Plaintiff*,**

**v.** **Case No.: 3:25cv202-MW/ZCB**

**CAPTAIN HUGHES, et al.,**

***Defendants*.**

**__________________________/**

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 146, and has also reviewed *de novo* Plaintiff's objections, ECF No. 149.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 146, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 142, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on October 15, 2026.**

**s/Mark E. Walker**
**United States District Judge**